## DAVIS CREEK C. & C. CO. v. EXUM.

(Decided June 12, 1913.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. BERNARD HARWOOD.

J. T. STOKELY and R. H. SCRIVNER, for appellant. BROWN & WARD, for appellee.

Per curiam. Appeal dismissed.

---

## EX PARTE CREAGH.

(Decided May 27, 1913.)

CERTIORARI to Court of Appeals.

C. N. WHITE, for appellant. No counsel marked for appellee.

Per curiam. Writ denied.

---

## EX PARTE BOSWELL.

(Decided November 10, 1913.)

ORIGINAL petition in the Supreme Court.

SMITH & WILKERSON, for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Writ awarded.

---

## EX PARTE JONES.

(Decided May 26, 1913.)

ORIGINAL petition in the Supreme Court.

PETTUS, FULLER & LAPSLEY, for appellant. MAL-LORY & MALLORY, and JONES, FOSTER & FIELDS, for the State.

Per curiam. Writ denied.